UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LATOSHA NICHOLE BYRD,

    Plaintiff,

v.                                                  Case No. 1:12-cv-1228
                                                      Hon. Hugh W. Brenneman, Jr.
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                       /


## **JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated: March 20, 2014                              /s/ Hugh W. Brenneman, Jr.
                                                            HUGH W. BRENNEMAN, JR.
                                                            United States Magistrate Judge